**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01741-REB-KMT

RICHARD JERNIGAN,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a CITY MARKET,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation for Dismissal with Prejudice** [#53][1] filed May 20, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal with Prejudice** [#53], filed May 20, 2015, is approved;

    2.  That any pending pretrial deadline is vacated;

    3.  That the combined Final Pretrial Conference/Trial Preparation Conference set for October 2, 2015, at 10:00 a.m., is vacated;

    4.  That the jury trial set to commence on October 19, 2015, is vacated; and

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

5. That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs.

Dated May 21, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge